THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FRANK RIOS, Appellant

We have reviewed the defendant's claim and find it to be factually without merit. Weinstein, J. P., Eiber, Sullivan and Balletta, JJ., concur.